IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN R. LIEBIG | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4427 |
| | : | |
| MTD PRODUCTS INC, MTD LLC, YARD MACHINES BY MTD, ROOSEVELT MALL FLEA MARKET, THE ROOSEVELT MALL OUTDOOR FLEA MARKET, PHILADELPHIA FLEA MARKETS | : | |

# ORDER

**AND NOW**, this 25th day of May 2023, upon considering plaintiff John Liebig's motion to remand (DI 15), defendants MTD Products Inc, MTD LLC, and Phila Flea Markets, LLC's opposition (DI 17), defendant Phila Flea Markets, LLC's motion to dismiss (DI 6), plaintiff John Liebig's response in opposition (DI 12), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.  Plaintiff's motion to remand (DI 15) is **DENIED**.

2.  Defendant Phila Flea Markets, LLC's motion to dismiss (DI 6) is **GRANTED**.

_____
MURPHY, J.