# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. LIEBIG | : CIVIL ACTION |
| | : |
| v. | : NO. 22-4427 |
| | : |
| MTD PRODUCTS INC, MTD LLC, YARD MACHINES BY MTD, ROOSEVELT MALL FLEA MARKET, THE ROOSEVELT MALL OUTDOOR FLEA MARKET | : |

## ORDER

AND NOW, this 25th day of August 2023, upon considering defendants' motion to dismiss (DI 7), plaintiff's opposition (DI 13), defendants' reply (DI 14), and for reasons in the accompanying Memorandum, it is **ORDERED** defendants' motion to dismiss claims related to post-sale duties (DI 7) is **GRANTED** with leave for plaintiff to amend his complaint no later than **September 8, 2023**.

_____
MURPHY, J.